IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ISMAEL HERNANDEZ PADILLA, ID # 356764, Plaintiff, | ) ) ) ) | |
| vs. | ) | No. 3:18-CV-0205-C-BK |
| 203RD JUDICIAL DISTRICT COURT, DALLAS COUNTY, TEXAS, et al., Defendants. | ) ) ) ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's motion to proceed *in forma pauperis* is **DENIED**, and the above-styled and -numbered civil action is **DISMISSED** as barred by the three-strike provision of 28 U.S.C. § 1915(g).

SO ORDERED.

SIGNED this 26th day of February, 2018.

SENIOR UNITED STATES DISTRICT JUDGE